IN THE UNITED STATES DISTRICT COIURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CRIMINAL NO. 1:13-cr-89-KS-MTP

WILLIAM W. WALKER

### ORDER

THIS CAUSE IS BEFORE THE COURT on ore tenus motion made by the attorney for the Conservator of William Walker requesting deferral of the $10,500.00 annual payment on the restitution owed by Mr. Walker in the above styled case. The Court has conferred with Honorable Neil Harris, the Jackson County Chancery Judge assigned to the Conservatorship of William Walker, and this Court is convinced that the Jackson County Chancery Court is doing all it can to pay the restitution from the Conservatorship assets and income. There have been may difficulties that have arisen with this matter, and the Court finds that the request for an extension of time to pay the $10,500.00 payment should be GRANTED. The Conservator is granted a six (6) month extension on the payment of same with said payment to be due and payable on or before the 1st day of December 2021. Except as to the above deferral, all other terms and conditions of the prior orders remain in full force and effect.

SO ORDERED this the ___27th___ day of May, 2021.

                                              ___s/Keith Starrett_____
                                              UNITED STATES DISTRICT JUDGE